UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-53 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ZACHARY SCOTT BEARD, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 24, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 9, 2025. The defendant admitted to the following violations:

1. Whereabouts Unknown;
3. Failure to Report Police Contact; and
4. Positive Urinalysis

The magistrate judge filed a report and recommendation on April 9, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the

---

[1] Supplemental reports were filed on April 2, 2025, and April 8, 2025, to update the Court on the state court proceedings.

conditions of his supervised release as set forth in violation numbers 1, 3, and 4.[2]

A final supervised release violation hearing was conducted on April 24, 2025. Present were the following: Assistant United States Attorney Peter Daly, representing the United States; Assistant Federal Public Defender Edward Bryan, representing the defendant; the defendant Zachary Scott Beard, and United States Probation Officers Jamie Rinella and Brook Clark.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 3, and 4.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 3 months, with credit for time served to date. Following imprisonment, the defendant is to serve a period of supervised release for 2 years with the same terms and conditions as previously imposed, and with the following additional condition:

> As soon as a bed is available, the defendant is to be released from custody to Community Assessment & Treatment Services (CATS) in Cleveland, Ohio, for a minimum of thirty-one (31) days.

---

[2] The government moved to dismiss violation 2, which the Court granted.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 24, 2025

                                              **HONORABLE SARA LIOI**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**